FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 10:40 am, May 18, 2020*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| LINDA ROZIER,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES EAST, L.P.,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO. 2:19-cv-00037 |

## **ORDER**

The Court will conduct a Settlement Conference in this case on May 27, 2020, 9:30 a.m., in Courtroom 2, at the Brunswick Federal Courthouse. Due to the global spread of Coronavirus Disease 2019 (COVID-19), the following precautions are recommended and advised during this mediation:

Every person in attendance at the mediation, to include counsel for both parties and any representatives, to include, Plaintiff, will be screened at the entrance of the Courthouse. The Court asks that you limit those in attendance of the mediation to the parties to the lawsuit, essential counsel, and any representative with full settlement authority. Parties are encouraged, but not mandated, to bring and wear masks. All parties are to remain six feet apart from each other.

These recommended safety measures are for your protection and for the protection of the employees of the Court.

**SO ORDERED**, this 18th day of May, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA